COM.

v.

LOWMAN, M.

791 WDA 2016

Superior Court of Pennsylvania.

Filed 03/08/2017

CP–02–CR–0001423–2015 (Allegheny)

Affirmed

M.Y.

v.

A.D.P.

486 EDA 2016

Superior Court of Pennsylvania.

03/09/2017

1511V7330 (Philadelphia)

Affirmed

COM.

v.

DUKULAH, S.

1955 EDA 2015

Superior Court of Pennsylvania.

03/09/2017

CP–51–CR–0007817–2013 (Philadelphia)

Affirmed

COM.

v.

SMITH, R.

1045 EDA 2016

Superior Court of Pennsylvania.

03/09/2017

CP–51–CR–0013006–2010 (Philadelphia)

Affirmed

COM.

v.

INGS, J.

2253 EDA 2015

Superior Court of Pennsylvania.

03/09/2017

CP–51–CR–0011613–2012 (Philadelphia)

Affirmed

COM.

v.

BATTLE, W.

1483 EDA 2016

Superior Court of Pennsylvania.

03/09/2017

CP–52–CR–0000579–2014 (Pike)

Affirmed